610

450 A.2d 1047

Strohl v. Welsh, Appellant.

Ar-
gued June 2, 1982.   Arnold Sousa, for appellant;   Michael
Lewis Ozalas, for appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment affirmed.

451 A.2d 1044

Wrona v. Helmick.

Appeal of Anne F. Wrona.

Reargument Denied Nov. 15, 1982.

Petition for Allowance of Appeal
Denied Jan. 24, 1983.

Argued March 5, 1980.   Richard H.
Wix, for appellant;   Thomas P. Harlan, for appellee.

Before CERCONE, P.J., WATKINS and MONTGOMERY,
JJ.

Order affirmed.